UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUL 1 4 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NO. 7:14-MJ-1110

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| a Verizon cellphone bearing phone number | ) | ORDER |
| 910-301-4086 | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the captioned matter, with the exception of Attachments "A" and "B" to the Application, and the instant Motion to Seal, be sealed by the Clerk until further order by this Court, except that two certified copies of the same be provided to the FBI and the Office of the United States Attorney.

This 14 day of July, 2014.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

3